IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Jason Knopik, | ) | |
| | ) | **ORDER FOR MID-DISCOVERY** |
| Plaintiff, | ) | **STATUS CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Holland L.P. (dba M Bar D, L.P.), | ) | |
| | ) | Case No. 1:21-cv-105 |
| Defendant. | ) | |

**IT IS ORDERED:**

A mid-discovery status conference will be held before the magistrate judge on January 14, 2022, at 9:00 a.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Parties are advised that telephone conferences may be electronically recorded for the convenience of the Court.

Dated this 28th day of July, 2021.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court